**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| BLUE SKY THE COLOR OF IMAGINATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Case No.  22-00008 |

## JOINT STATUS REPORT AND
## REQUEST TO STAY PROCEEDINGS

Pursuant to the Court's order of April 28, 2026 instructing the parties to consult and inform the Court of the next steps to be taken in this action, the parties report as follows:

On April 21, 2026, this Court entered a decision in CIT case number 21-624 which is the lead case for the issues presented here.  This matter was previously stayed pending the outcome of CIT case number 21-624.  Docket No. 24.  Plaintiff has until June 20, 2026 to decide if it will appeal this Court's determination in case number 21-624, and has not yet made a decision.  The parties agree that these proceedings should continue to be stayed pending Plaintiff's decision to appeal case number 21-624. *See Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). In the event that Plaintiff appeals case number 21-624, we respectfully request that this matter remain stayed pending the resolution of that appeal.

The parties therefore respectfully request that this matter be stayed until final resolution of case number 21-624.  We sincerely apologize for the delay in filing this status report with the Court.

-2-

Court No.  22-00008

Dated: May 13, 2026                    Respectfully submitted,

By:    /s/ Elon A. Pollack
       Elon A. Pollack, Esq.
       STEIN SHOSTAK SHOSTAK POLLACK &
       O'HARA, LLP
       Attorneys for Plaintiff
       445 South Figueroa Street, Suite 2388
       Los Angeles, California 90071
       Telephone: (213) 630-8888
       Fax: (213) 630-8890
       E-Mail: elon@steinshostak.com

       BRETT A. SHUMATE
       Assistant Attorney General
       Civil Division

       PATRICIA M. McCARTHY
       Director

       /s/ Justin R. Miller
By:    JUSTIN R. MILLER
       Attorney-in -Charge
       International Trade Field Office

       /s/ Monica P. Triana
       MONICA P. TRIANA
       Senior Trial Counsel
       Department of Justice, Civil Division
       Commercial Litigation Branch
       26 Federal Plaza – Room 346
       New York, New York 10278
       Tel. (212) 264-9240 or 9230
Date: May 13, 2026                    *Attorneys for Defendant*

-2-

-3-

Court No.  22-00008

**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| BLUE SKY THE COLOR OF IMAGINATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Case No.  22-00008 |

### [PROPOSED] ORDER

On consideration of the parties' request for a stay, it is hereby

ORDERED that the request is granted and this matter is stayed until the final resolution of Case No. 21-624, including any appeals; and it is further

ORDERED that seven days following the expiration of the stay, the parties shall submit a joint status report governing the remainder of the proceedings.

_____
JANE A. RESTANI, JUDGE

 Dated: New York, New York

This _____ day of May __, 2026