-3-

Court No.  22-00008

**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| BLUE SKY THE COLOR OF IMAGINATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Case No.  22-00008 |

## ORDER

On consideration of the parties' request for a stay, it is hereby

ORDERED that the request is granted and this matter is stayed until the final resolution of Case No. 21-624, including any appeals; and it is further

ORDERED that seven days following the expiration of the stay, the parties shall submit a joint status report governing the remainder of the proceedings.

/s/   Jame A. Restani
JANE A. RESTANI, JUDGE

Dated: New York, NewYork
This 13th day of May, 2026

-3-